## 39134. COLBERT v. THE STATE.

MARSHALL, Justice.

In his appeal from his conviction of murder, for which he received a life sentence, James Doyle Colbert urges as his sole enumerated error the trial judge's failure to charge, without a written

request, on involuntary manslaughter.

"[I]n the absence of a written request, failure to charge the lesser included offenses of voluntary or involuntary manslaughter is not error. [Cits.]" *Foster v. State,* 248 Ga. 409, 410 (1) (283 SE2d 873) (1981).

Moreover, even had there been a written request, "it is not necessary to give a request to charge the law as to involuntary manslaughter, Code § 26-1103 (b), where the defendant asserts that he or she fired a gun in self-defense." *Crawford v. State,* 245 Ga. 89, 94 (3) (263 SE2d 131) (1980); *Farmer v. State,* 246 Ga. 253 (2) (271 SE2d 166) (1980).

*Judgment affirmed. All the Justices concur.*

DECIDED OCTOBER 27, 1982.

*Dan T. Pressley, Sr.,* for appellant.

*V. D. Stockton, District Attorney, W. Brek Barker, Assistant District Attorney, Michael J. Bowers, Attorney General, Janice G. Hildenbrand, Staff Assistant Attorney General,* for appellee.